

**FILED**

JAN 3 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Mr. Billy Wolsington #115360
(Name of Plaintiff)
Monroe Detention Center (A2-305)
(Address of Plaintiff)
2420 E. Gibson Rd.
Woodland, Calif. 95776.

vs.

Officer: Mr. Olden, Mr. Castaweon,
Mr. CHand, Sat. M. Castaneda, Mr.
Barrientos, Mr. Kemeaul and
Capel, ET. AL. S. Co.
2420 E. Gibson Rd.
Woodland, Calif. 95776.
(Names of Defendants)

2:12CV0242 JFM (PC)
(Case Number)

COMPLAINT

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes ■ No

    B. If your answer to A is yes, how many?: __NO__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff __N/A__

        Defendants __N/A__

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983     Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County) __N/A__

3. Docket Number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ■ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?   ■ Yes   ☐ No

If your answer is no, explain why not _____

C. Is the grievance process completed?   ☐ Yes   ■ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __Mr. Olden (Jailer)__ is employed as __Police Officer__ at __Monroe Detention Center__

B. Additional defendants __Mr. Castaweon, Mr. Chand, Sgt. M. Castaneda, Mr. Barrientos, Demeaul, and Capel, is. Employed as police officers (Jailers) at Monroe Detention Center. Et. AL., r.__

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

ON OCT. 20, 2011; Plaintiff: Mr. Billy Wolfington; was called to go to Court. Upon Entering the Court holding cells. Plaintiff: Mr. B. Wolfington; Observed officer: Mr. Olden ("Badge No: #400") and officer: Mr. Castaweon, ("Badge No: #404"); being abusive towards another inmate, by dragging the inmate while he's shackled. While Plaintiff: Mr. Billy Wolfington, watched this take Place; He spoke up to the misconduct that both officers were showing. Due to the fact that Plaintiff: Mr. B. Wolfington; spoke up; Both officers Physical Assaulted him. Officer: Mr. Olden

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I'm Asking for $300,000. for general Damages Under Cruel and unusual Punishment, Equal Protection Clause. 8th and 14th Amendment...

Signed this 26th day of JAN., 20 12.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1-26-12
(Date)

_____
(Signature of Plaintiff)

# STATEMENT OF FACTS

1. Punched the Plaintiff: Mr. B. Wolfington, In The face; while officer: Mr. Casta-
2. weon, hit the Plaintiff, In the back. When the Plaintiff, fell to the ground;!
3. Both officers, ("Mr. Olden and Mr. Castaweon"); started Punching and kicking
4. the Plaintiff, in the back, ("Lower Part"), and in the Head.. Officer: Mr. Casta-
5. weon, Purposely filed a, an falsified an incident report. Officer: Mr.
6. Castaweon, stated: by the rule violation No: #29-57; (#29. Inmate Shal
7. Not engage in fighting; #57. Inmate's shall Not engage in any acts of
8. violence".). officer: Mr. Castaweon, stated: In the incident report that
9. Plaintiff, supposely head butted the officer: Mr. Olden. But yet Plaintiff has
10. Not been charged with any felonies.. This is infact a violation of
11. Plaintiff's Constitutional Rights under the 8th and 14th Amendment, of
12. Equal Protection, and Cruel and unusual Punishment... Thus Plaintiff
13. wants an investigation done by I.A.. Officer: Mr. Castaweon, filed
14. a falsified Rule. Violation. Report. due to the fact that Plaintiff,
15. spoke up on another inmates behalf, of Cruel and unusual Punish-
16. ment, and Equal Protection Clause...
17. Plaintiff: Mr. B. Wolfington, has endured Numerous of retaliation
18. by Police officers (Jailer), here at the Monroe Detention Center;
19. (Jail). On Jan. 17, 2012, once again Plaintiff's life was being
20. threatened by officer: Chand. When officer: Chand came
21. to Plaintiff's cell, and deliberately harassed and threatened
22. the Plaintiff; by statening:"That if Plaintiff, was going
23. to cuff up, officer: Chand was going to hurt the Plaintiff."
24. Due to Plaintiff: Mr. B. Wolfington, writing an Inmate
25. grievance on officer: Olden, for the assault that took
26. place on 10-20-2011. officer: Chand, deliberately came
27. back to Plaintiff's cell, and stated:" wait until your
28.

(2)

# "STATEMENT OF FACTS"

1. Next Time out; I'm going to hurt you". "For snitching on
2. My patnes, ("olden"). "Plaintiff: Mr. B. Wolfington, has been
3. placed on a Disciplinary diet; Due to the Conflict he is
4. having with officer's in said complaint. "Plaintiff expressed
5. that for the last six (6) days his meals has been
6. Ice cold. Plaintiff has been food poisoned by the meals;
7. Due to the fact that the meals have not been heated
8. and kept warm. This is cruel and unusual punishment.
9. Officers have infact put Plaintiff's food on the floor.
10. Plaintiff, has tried to explain this to Sgt. M. Castaneda,
11. Barrientos, Demarul, and Capel., which has infact gone
12. with no results, as trying to Help the Plaintiff, or to
13. Protected the Plaintiff from cruel Treatment. Plaintiff:
14. Mr. B. Wolfington, is infact pleading for Help!!
15.
16.
17. I declare under penalty of perjury that the forgoing is true
18. and correct.
19.
20.
21.
22.
23.
24.
25. /-20-12
26. (Date)            (Signature of Plaintiff: Mr. Billy Wolfington
27.                                                       Pro Se.)
28.

(5)

1.
2. California Department of Corrections.
3. Title: 15. Crime Prevention and Corrections.
4. Subchapter: 5. Personnel.
5. Section: 3391. Employee Conduct.
6.
7. (A) Employees shall be alert, courteous, and professional in their
8. dealings with inmates, parolees, fellow employees, visitors and
9. members of the public. Inmates and parolees shall be addressed
10. by their proper names, and never by derogatory or slang reference.
11. Prison numbers shall be used only with names to summon inmates
12. via public address systems. Employees shall not use indecent, abusive,
13. profane, or otherwise improper language while on duty. Irrespon-
14. sible or unethical conduct or conduct reflecting discredit on them-
15. selves or the department, either on or off duty, shall be avoided
16. by all employees.
17.
18.
19.
20.
21.
22.
23.
24.
25. 1-26-12
26. (Date)   (Signature of Plaintiff: Mr. Billy Wolfington
                                              Pro-Per
27.
28.

1. "Case Cites"
2. Cruel and Unusual Punishment:
3. #3. [§123] Excessive Force:
4.
5. . In Hudson, a state prison inmate got into an argument with a
6. guard. The inmate was placed in shackles and handcuffs and
7. taken by three guards to a lockdown area. Along the way, the
8. prisoner was punched by one guard in the mouth, eyes, chest, and
9. stomach while being held by a second guard, who kicked and
10. punched him from behind. The inmate suffered minor bruises
11. and swelling, his teeth were loosened, and his dental plate
12. was cracked, making it unusable for several months. He
13. sued the guards for damages on the ground of cruel and
14. unusual punishment.
15.
16. 1). Whitley v. Albers, (1986), 475, U.S. 312, 106, S.C.T. 1078, 89,
17. L.Ed.2d. 251; (112, S.CT. 999, 117, L.Ed.2d. 166).
18. 2). Wilson v. Seiter (1991) 501, U.S. 294, 111, S.CT. 2321, 115,
19. L.Ed.2d. 271, §125, (112, S.CT. 1000, 117, L.Ed.2d. 166, 667)
20.
21. 3). In People v. McMillan, (1941), 45, C.A. 2d. Supp. 821, 114, P. 2d.
22. 440, (45, C.A. 2d. Supp. 826, 827); (see People v. Eggleston (1967)
23. 255, C.A. 2d. 337, 63. C.R. 104.
24.
25. 4). Estelle v. Gamble, (1976), 429, U.S. 97, 97, S.CT. 285, 291,
26. 50, L.Ed.2d. 251, 260;
27.
28. (1)

# "Case Cites"

1. 5). (see in re Coca, (1978), 85, C.A. 3d. 493, 500, 149, C.R. 465;
2. Helling V. Mckinney, (1993), 509, U.S. 25, 113, S.Ct. 2475, 2480,
3. 2481, 125, L.Ed. 2d. 22, 31, 33.
4. 
5. 6). Farmer V. Brenman, (1994), 511, U.S. 825, 114, S.CT. 1970, 128, L.Ed.2d
6. 811, (128, L.Ed.2d. 822, 114, S.CT. 1976);
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. I declare under penalty of Perjury that the forgoing is
18. True and Correct.
19. 
20. 
21. 
22. 
23. 
24. 
25. 1-26-12
26. (Date)          (signature of plaintiff: Mr. Billy Wassington
27.                                                      Pro-Per)
28.