IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MR. BILLY WOLFINGTON,

    Plaintiff,                    No. 2:12-cv-0242 JFM (PC)

    vs.

OFFICER MR. OLDEN, et al.,

    Defendants.             ORDER

_____/

       Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has not filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy in support of his application.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit it to the court with a certified copy of plaintiff's inmate prison trust account statement for the six month period immediately preceding the filing of the complaint; and;

1

2. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: March 30, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
wolf0242.3c

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. BILLY WOLFINGTON,<br>    Plaintiff,<br>vs.<br>OFFICER MR. OLDEN, et al.,<br>    Defendants.<br>_____/ | No. 2:12-cv-0242 JFM (PC)<br><br>NOTICE OF SUBMISSION |

Plaintiff hereby submits the following document in compliance with the court's order filed _____:

  _____  Certified Copy of Inmate Prison Trust Account Statement

DATED:

                _____
                Plaintiff