IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY WOLFINGTON,

    Plaintiff,                          No. 2:12-cv-0242 JFM (PC)

    vs.

OLDEN, et al.,

    Defendants.            <u>ORDER</u>

        Plaintiff is a county jail inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 1, 2012, plaintiff filed a motion for extension of time to submit documents necessary for service as required by this court's April 19, 2012 order.  Good cause appearing, that motion will be granted.

        Plaintiff also seeks an order requiring officials at the Yolo County Monroe Detention Center to provide plaintiff with access to the jail law library, legal supplies, and copies necessary to comply with the April 19, 2012 order.  Plaintiff has presented with his motion evidence that on April 22, 2012, he requested copies necessary to comply with the April 19, 2012 order and informed jail officials of the thirty-day deadline for compliance, but he has presented no evidence concerning the response or lack thereof to said request.  Plaintiff's motion for court-ordered access to the law library and for legal supplies and copies will be denied without

1

prejudice to its renewal on a showing that jail officials have unreasonably interfered with plaintiff's ability to comply with the April 19, 2012 order by the extended deadline set in this order.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's May 1, 2012 motion for an extension of time is granted;

2. Plaintiff is granted sixty days from the date of this order in which to submit the documents necessary for service; and

3. Plaintiff's motion for court-ordered access to the law library and for legal supplies and copies is denied without prejudice.

DATED: May 16, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
wolf0242.36