1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BILLY WOLFINGTON,

11          Plaintiff,                  No. 2:12-cv-0242 JFM P

12      vs.

13   OLDEN, et al.,

14          Defendants.                 ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  Plaintiff has been granted leave to proceed with this action in forma pauperis

18   pursuant to 28 U.S.C. § 1915.

19          On November 5, 2012, plaintiff filed a request for court-ordered legal supplies

20   and for a court-appointed "investigator/runner."  Motion, filed November 5, 2012.  The

21   expenditure of public funds on behalf of an indigent litigant is proper only when authorized by

22   Congress.  Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989).  The in forma pauperis statute does not

23   authorize the expenditure of public funds for personally owned legal supplies or investigators.

24   See 28 U.S.C. § 1915.

25   /////

26   /////

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's November 5, 2012

2   motion for supplies (Doc. No. 32) is denied.

3   DATED:  December 19, 2012.

4

5                               _____
                                UNITED STATES MAGISTRATE JUDGE
6

7
    12
8   wolf0242.o3

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26