IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY WOLFINGTON,

      Plaintiff,                    No. 2:12-cv-0242 JFM P

   vs.

OLDEN, et al.,

      Defendants.               <u>ORDER</u>

         Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 27, 2012, the court ordered the United States Marshal to serve process on seven defendants named in plaintiff's complaint, filed January 30, 2012. On November 7, 2012, seven answers were filed on behalf of seven defendants, all represented by the same counsel. On December 20, 2012, three amended answers were filed on behalf of three defendants. In addition, on the same day defendants filed a request to withdraw the answer filed on behalf of defendant Officer Castaweon on the ground that he was not an employee of the Yolo County Sheriff's Department and is not represented by defendants' counsel. That request is still pending. On January 24, 2013, summons was returned unexecuted for defendant Castaweon with a notation that there is no officer with that name employed by the Yolo County Sheriff's Department.

On February 27, 2013, a stipulation and proposed order for dismissal of this action was filed.  The stipulation is signed by plaintiff and by counsel for defendants on behalf of defendants Oldham, Chand, Castaneda, Barrientos, Deneau, and Capel.

Good cause appearing, the parties will be directed to inform the court in writing whether the stipulation and proposed order for dismissal of this action is intended to result in dismissal of the entire action or, instead, whether plaintiff intends to proceed further against defendant Castaweon.

In accordance with the above, IT IS HEREBY ORDERED that within fifteen days from the date of this order the parties shall inform the court in writing whether the stipulation and proposed order for dismissal of this action is intended to result in dismissal of the entire action or, instead, whether plaintiff intends to proceed further against defendant Castaweon.

DATED:  April 11, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wolf0242.o4