LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Kelley S. Kern, CSB No: 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

**Attorneys for Defendants,**
J. Oldham ;
P. Chand;
M. Castaneda;
M. Barrientos;
D. Deneau; and
R. Capel

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| BILLY WOLFINGTON, | Case No.: 2:12-CV-0242 JFM (PC) |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS CASE IN ITS ENTIRETY, WITH PREJUDICE, AGAINST ALL NAMED DEFENDANTS INCLUDING ANY CLAIMS AGAINST "OFFICER CASTAWEON."** |
| OLDEN et al., | |
| Defendant | |

Plaintiff named Officer Castaweon as a Defendant in this lawsuit.  After initially filing an Answer on behalf of "Officer Castaweon," Defendants Oldham, Chand, Castaneda, Barrientos, Deneau, and Capel determined that Yolo County does not employ an Officer Castaweon, and asked the Court to withdraw the Answer previously filed on his behalf.  Thereafter, Plaintiff agreed to dismiss his Complaint against Defendants Oldham, Chand, Castaneda, Barrientos, Deneau, and Capel and the parties filed a Stipulation and Order regarding dismissal of the case.

As there is no one employed by Yolo County by the name of Castaweon, the parties hereby stipulate that the dismissal of the lawsuit against all Defendants was intended to include

1 | "Officer Castaweon."  It is Plaintiff's intention to dismiss the case in its entirety, with prejudice,

2 | including any claims against "Officer Castaweon."

3 |         It is hereby Stipulated.

4 | Dated:  April 19, 2013.

5 |                                              /s/
                                    By:   BILLY WOLFINGTON,
6 |                                         PLAINTIFF

7 |

8 | Dated:  April 25, 2013.                 LONGYEAR, O'DEA & LAVRA, LLP

9 |

10 |                                    By:   /s/
                                          JOHN A. LAVRA
11 |                                        KELLEY S. KERN

1

## ORDER

It is hereby ordered.  The case is dismissed, with prejudice, in its entirety, against all named Defendants.

**Date:** <u>**5/2/2013**</u>

_____

KENDALL J. NEWMAN

UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

**CASE:**       *Wolfington vs. Olden et al.*
**COURT:**     *United States District Court*
**CASE NO.:**   2:12-cv-0242 JFM (PC)

I am employed in the County of Sacramento.  I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 3620 American River Dr. Ste. 230, Sacramento, CA 95864.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On May 2, 2013, I served the following:

**STIPULATION TO DISMISS CASE IN ITS ENTIRETY, WITH PREJUDICE, AGAINST ALL NAMED DEFENDANTS INCLUDING ANY CLAIMS AGAINST "OFFICER CASTAWEON."**

<u>XX</u>      United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

**Billy Wolfington**
**115360**
**MONROE DETENTION CENTER**
**140 "A" Tony Diaz Drive**
**Woodland, CA 95776-5194**

_____
An Employee of Longyear, O'Dea & Lavra  LLP